ACCEPTED
03-14-00734-CR
7405044
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 9:54:05 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00734-CR

| | | |
|---|---|---|
| BRUCE WAYNE HARKEY, Appellant | § | IN THE COURT OF APPEALS |
| VS. | § | THIRD DISTRICT |
| THE STATE OF TEXAS, Appellee | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 9:54:05 AM
JEFFREY D. KYLE
Clerk

## THIRD/FINAL MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

I.

The brief for the State of Texas, Appellee, is due on October 16, 2015.

II.

The undersigned is solely responsible for all appellate and post-conviction matters in felony cases on behalf of the State of Texas for the 33rd and the 424th Judicial Districts which covers Burnet County, Llano County, Blanco County, and San Saba County, although Assistant District Attorney Robert Ewing has volunteered to handle some of the appeals of the cases in which he was the trial

attorney. The undersigned is also solely responsible for all asset seizure and forfeiture matters within these four counties, including investigating and preparing Notice of Seizure and Affidavit, preparing and responding to discovery, summary judgment procedures, and trial proceedings. Additionally the undersigned is responsible for providing assistance and backup to the trial attorneys during trial preparation, including video and audio conversion and redaction, and during non-trial settings before the bench when needed. The undersigned assists the office staff on a daily basis when unusual problems arise and meet with the general public on a drop-in basis. The undersigned is further solely responsible for responding to Public Information Act Requests, as well as preparing the required paperwork triggered by demands for trials made under the Interstate Agreement on Detainers Act (IADA) and therein coordinate with the involved prison authorities and law enforcement and court personnel. The undersigned also routinely assists law enforcement agencies with various legal issues.

## III.

In this case Appellant raises four issues which are complex and require not only substantial research but also meticulous attention to corroborating details within a lengthy record. While the brief being prepared by the undersigned is 100%

complete and consists of 10,944 words, because this case is of a highly publicized capital murder and District Attorney Sonny McAfee was the lead counsel at trial of this case, the brief has been submitted to Mr. McAfee for final review and approval. The undersigned will need an additional 30 days for Mr. McAfee to complete his review and for the undersigned to make any recommended revisions prior to filing the Appellee's Brief in this case. The undersigned fully expects to be able file this brief before the requested deadline, however, the undersigned also wishes to be prepared for unexpected and unavoidable delays and interruptions. This is the third motion for extension of time that the State of Texas has sought in this case and will be the final motion submitted by the undersigned herein.

## PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellee's Brief to November 16, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone          Telecopier
(325) 247-5755     (325) 247-5274
g.bunyard@co.llano.tx.us

By: _____
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of the foregoing document contains 465 words according to the WordPerfect X7™ word count tool.

_____
Gary W. Bunyard
Assistant District Attorney

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 16th day of October 2015, to Mr. Richard D. Davis, Attorney for Appellant, by email at rdd@austin.twcbc.com and by EServe.

_____
Gary W. Bunyard
Assistant District Attorney